1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   ALAN G. PERKINS (SBN 058810)
2  ANTHONY J. DECRISTOFORO (SBN 166171)
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, CA 95814
   Telephone:    (916) 441-2430
4  Facsimile:    (916) 442-6664

5  DANIEL P. MAGUIRE (SBN 191666)
   423 E Street
6  Davis, CA 95626
   Telephone:    (530) 750-3661
7  Facsimile:    (530) 750-3793

8  Attorneys for Defendants
   MARK FUKUHARA, DOUGLAS BURLAND, MICHAEL
9  GERKOVICH, STEVEN LEACH, EDMUND PETERSON,
   DAN SALOMON, JOE SILVA, JUSTICE OPHTHALMICS,
10 INC., a Tennessee Corporation, ZETA DEVELOPMENT
   LABS, INC., a Tennessee Corporation, and JOHNNY
11 JUSTICE, JR.



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHTHALMIC IMAGING SYSTEMS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK FUKUHARA, an individual, DOUGLAS BURLAND, an individual, MICHAEL GERKOVICH, an individual, STEVEN LEACH, an individual, EDMUND PETERSON, an individual, DAN SALOMON, an individual, JOE SILVA, an individual, DALE BRODSKY, an individual, EYEPICTURES, INC., a Missouri Corporation, JUSTICE OPHTHALMICS, INC., a Tennessee Corporation, ZETA DEVELOPMENT LABS, INC., a Tennessee Corporation, JOHNNY JUSTICE, JR., an individual, DOES ONE through TEN,<br><br>Defendants. | No. CIV.S-04-0482 LKK DAD<br><br>**ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

138972.1                    -1-

This matter came before the Court on Plaintiff's application for preliminary injunction on August 4, 2004. Stephen L. Davis of Davis & Leonard, LLP, appeared on behalf of Plaintiff, Ophthalmic Imaging Systems ("OIS"). Alan G. Perkins of Wilke, Fleury, Hoffelt, Gould & Birney, LLP, and Daniel P. Maguire, appeared on behalf of Defendants Fukuhara, Burland, Gerkovich, Leach, Peterson, Salomon, Silva, Justice Ophthalmics, Zeta Development Labs, and Justice (collectively, "the Fukuhara Defendants"). R. Lawrence Bragg of the Law Offices of Donald J. DeShaw appeared on behalf of Defendants Brodsky and Eyepictures. Based on the papers and the pleadings filed herein, the stipulation of the parties, and after oral argument, the Court hereby orders as follows:

1. OIS's motion is denied as to Brodsky and Eyepictures.

2. That the Fukuhara Defendants shall make no copies of any kind, for any purpose, of any computer software created or licensed by OIS, except as such copying results automatically from the ordinary use of the software consistent with the terms of any applicable license with OIS.

3. That the Fukuhara Defendants shall not sell, distribute, transfer, license, or sub-license any copies of any version of OIS WinStation computer software to anyone.

4. That the Fukuhara Defendants shall not transfer or disclose to any third party any document, disk or other medium containing a copy of OIS's customer database or a portion of it, and shall not duplicate, transfer, or disclose to any third party any files, documents, or information contained on the disk or disks that Defendant Burland testified were at Matt Jolly's desk and are now in possession of the Fukuhara Defendants' counsel.

5. That the Fukuhara Defendants shall resell any OIS imaging systems or devices already in their possession "as-is," and shall not modify those systems or devices in any way before resale, even at the request of the customer, except that the Fukuhara Defendants may do so if they advise the customer in writing that the systems or devices have been modified and are not original OIS systems or devices.

6. That the injunctive relief provided in this order and the Court's temporary restraining order of April 6, 2004, shall remain in full force and effect until trial. The injunctive

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

138972.1                                      -2-

ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (No.  CIV.S-04-0482 LKK DAD)

relief provided in this order and in the Court's temporary restraining order of April 6, 2004, shall expire as to any and all of the Fukuhara Defendants who are hereafter dismissed from this action, except the orders entered above shall continue to apply to any person acting in concert with a party to this action.

The injunction bond in the amount of $10,000 previously posted by Plaintiff shall remain in full force and effect.

IT IS SO ORDERED.

DATED: 3/20/04

LAWRENCE K. KARLTON, Senior Judge
United States District Court

APPROVED AS TO FORM:

_____
STEPHEN L. DAVIS, ESQ.
DAVIS & LEONARD, LLP
Attorneys for Plaintiff
OPHTHALMIC IMAGING SYSTEMS

_____
ALAN G. PERKINS, ESQ.
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Attorneys for Defendants
MARK FUKUHARA, DOUGLAS BURLAND, MICHAEL GERKOVICH, STEVEN LEACH, EDMUND PETERSON, DAN SALOMON, JOE SILVA, JUSTICE OPHTHALMICS, INC., a Tennessee Corporation, ZETA DEVELOPMENT LABS, INC., a Tennessee Corporation, and JOHNNY JUSTICE, JR.

_____
R. LAWRENCE BRAGG
LAW OFFICES OF DONALD J. DESHAW
Attorneys for Defendants
DALE BRODSKY and EYEPICTURES, INC.

1  relief provided in this order and in the Court's temporary restraining order of April 6, 2004, shall
2  expire as to any and all of the Fukuhara Defendants who are hereafter dismissed from this action,
3  except the orders entered above shall continue to apply to any person acting in concert with a
4  party to this action.
5     The injunction bond in the amount of $10,000 previously posted by Plaintiff shall remain
6  in full force and effect.
7     IT IS SO ORDERED.

DATED: _____

LAWRENCE K. KARLTON, Senior Judge
United States District Court

APPROVED AS TO FORM:

_____
STEPHEN L. DAVIS, ESQ.
DAVIS & LEONARD, LLP
Attorneys for Plaintiff
OPHTHALMIC IMAGING SYSTEMS

ALAN G. PERKINS, ESQ.
WILKE, FLEURY, HOFFELT, GOULD &
BIRNEY, LLP
Attorneys for Defendants
MARK FUKUHARA, DOUGLAS
BURLAND, MICHAEL GERKOVICH,
STEVEN LEACH, EDMUND PETERSON,
DAN SALOMON, JOE SILVA, JUSTICE
OPHTHALMICS, INC., a Tennessee
Corporation, ZETA DEVELOPMENT
LABS, INC., a Tennessee Corporation, and
JOHNNY JUSTICE, JR.

R. LAWRENCE BRAGG
LAW OFFICES OF DONALD J. DESHAW
Attorneys for Defendants
DALE BRODSKY and EYEPICTURES, INC.

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

138972.1                                    -3-
ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (No. CIV.S-04-0482 LKK DAD)

08/17/04  TUE 11:47  [TX/RX NO 8253]

1  relief provided in this order and in the Court's temporary restraining order of April 6, 2004, shall
2  expire as to any and all of the Fukuhara Defendants who are hereafter dismissed from this action,
3  except the orders entered above shall continue to apply to any person acting in concert with a
4  party to this action.
5      The injunction bond in the amount of $10,000 previously posted by Plaintiff shall remain
6  in full force and effect.
7      IT IS SO ORDERED.

DATED: _____

LAWRENCE K. KARLTON, Senior Judge
United States District Court

APPROVED AS TO FORM:

---

STEPHEN L. DAVIS, ESQ.
DAVIS & LEONARD, LLP
Attorneys for Plaintiff
OPHTHALMIC IMAGING SYSTEMS

ALAN G. PERKINS, ESQ.
WILKE, FLEURY, HOFFELT, GOULD &
BIRNEY, LLP
Attorneys for Defendants
MARK FUKUHARA, DOUGLAS
BURLAND, MICHAEL GERKOVICH,
STEVEN LEACH, EDMUND PETERSON,
DAN SALOMON, JOE SILVA, JUSTICE
OPHTHALMICS, INC., a Tennessee
Corporation, ZETA DEVELOPMENT
LABS, INC., a Tennessee Corporation, and
JOHNNY JUSTICE, JR.

/s/ R. Lawrence Bragg
R. LAWRENCE BRAGG
LAW OFFICES OF DONALD J. DESHAW
Attorneys for Defendants
DALE BRODSKY and EYEPICTURES,
INC.

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

138972.1                         -3-
ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (No. CIV.S-04-0482 LKK DAD)

08/18/04  WED 15:15  [TX/RX NO 8295]

```
                United States District Court
                            for the
                  Eastern District of California
                        August 23, 2004


                 * * CERTIFICATE OF SERVICE * *

                                          2:04-cv-00482


   Ophthalmic Imaging

      v.

   Fukuhara

_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  August 23, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Mark Raymond Leonard              AR/LKK
         Davis and Leonard
         8880 Cal Center Drive
         Suite 180
         Sacramento, CA  95826

         Anthony J DeCristoforo
         Wilke Fleury Hoffelt Gould and Birney
         400 Capitol Mall
         22nd Floor
         Sacramento, CA  95814

         Daniel Patrick Maguire
         Law Offices of Daniel P Maguire
         423 E Street
         Davis, CA  95616

         Robert Lawrence Bragg
         Law Offices of Donald J Deshaw
         2730 Gateway Oaks Drive
         Suite 210
         Sacramento, CA  95833
```

```
Graham L W Day
PRO HAC VICE
Suelthaus PC
7733 Forsyth Boulevard
12th Floor
St Louis, MO  63105
```

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk