# PACIFIC ECONOMIC CONSULTANTS, INC.

3732 MOUNT DIABLO BLVD., SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

# Facsimile Transmission Cover Sheet

**FROM:** Mark Cohen

**TO:** R. Lawrence Bragg
(916) 925-4591

**RE:** O.I.S. vs. Fukuhara et al.

**DATE:** March 28, 2005

**PAGES:**
(Incl. Cover) 23

# PACIFIC ECONOMIC CONSULTANTS, INC.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

March 29, 2005

Mr. R. Lawrence Bragg
Law Offices of Donald J. DeShaw
2730 Gateway Oaks Drive, Suite 210
Sacramento, California 95833

### Re: O.I.S. vs Fukuhara et al.

Dear Mr. Bragg:

As Chief Economist of Pacific Economic Consultants, Inc. I have been retained to evaluate the economic losses to Ophthalmic Imaging Systems in the above-captioned case.

In order to complete the assignment, I have reviewed the following documents:

1.     Deposition transcript of Mr. Mark Fukuhara
2.     Plaintiff's damages document production
3.     Plaintiffs complaint and other court filings
4.     Revenue information provided by Mr. Fukuhara
5.     SEC 10-KSB Statements for Ophthalmic Imaging Systems, 1996-2004
6.     Plaintiff Ophthalmic Imaging Systems' Initial Disclosures
7.     Purchase Agreement between Eyepictures, Inc. and Zeta Development Labs

Based on the above, I have prepared a preliminary economic loss report. This report is attached along with my CV, rate sheet and a list of testimonies in the past four years. I also include my analysis of the variable expenses for OIS in 2002 based on their detailed profit and loss statement.

Please note that the attached report is preliminary, and is based on all information available as of the present date. As additional information becomes available, I may augment or change my opinions. One of my assignments is to respond to the damages opinions expressed by experts for the plaintiffs. Please note that at this juncture, I have not been provided with opinions from the economist retained by plaintiff counsel. Therefore, I cannot comment upon such analysis at this point in time.

SOUTHERN CALIFORNIA OFFICES

5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE (323) 722 - 2064

4101 ALMOND STREET • RIVERSIDE, CALIFORNIA 92501 • TELEPHONE: (909) 781 - 0960 • FACSIMILE: (909) 781 - 4221

Mr. R. Lawrence Bragg
March 29, 2005
Page Two

If you have any questions, please do not hesitate to call me.

Sincerely,

Mark Cohen
Chief Economist

Enclosures

# P A C I F I C   E C O N O M I C   C O N S U L T A N T S,   I N C.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

**PRELIMINARY ECONOMIC LOSS REPORT**

O.I.S. vs. Fukuhara et al.

Four Alternative Major Assumptions:

1 ) Loss Ends on Date of Sale to Zeta Development Labs
2 ) Loss Ends One Year After Date of Sale to Zeta Development Labs
3 ) Loss Ends Two Years After Date of Sale to Zeta Development Labs
4 ) Loss Ends Three Years After Date of Sale to Zeta Development Labs

March 28, 2005

SOUTHERN CALIFORNIA OFFICES

5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE: (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064
4101 ALMOND STREET • RIVERSIDE, CALIFORNIA 92501 • TELEPHONE: (909) 781 - 0960 • FACSIMILE: (909) 781 - 4221

## Table 1

### Summary of Economic Loss

| Alternative Economic Loss End Dates: | | Economic Loss |
|---|---|---|
| A. On Date of Sale to Zeta Development Labs, Table 3A | $ | 27,794 |
| B. One Year After Date of Sale to Zeta Development Labs, Table 3B | $ | 53,786 |
| C. Two Years After Date of Sale to Zeta Development Labs, Table 3C | $ | 79,521 |
| D. Three Years After Date of Sale to Zeta Development Labs, Table 3D | $ | 105,002 |

## Table 2

### Actuarial Data

| | |
|---|---|
| Date Fukuhara Left OIS: | 1/7/02 |
| El Dorado Hills Office Opened (1) | 4/1/02 |
| Date of Sale of Eyepictures, Inc. to Zeta Development Labs | 5/2/03 |
| Date of Valuation: | 11/8/05 |

_____

1 - Mr. Fukuhara testified in deposition that the office opened in March or April of 2002. The calculations in the present report are based on an opening date of April 1, 2002. Source: Deposition of Mark Fukuhara, May 17, 2004.

## Table 3A

### Economic Loss
### Loss Ends on Date of Sale to Zeta Development Labs

| Dates (1) | Period | Annual Economic Loss (2) | Period Loss |
|---|---|---|---|
| 4/1/02  -  5/2/03 | 1.08 | $   25,735 | $   27,794 |

**Economic Loss:**                                         **$   27,794**

---

1 - Mr. Brodsky signed the purchase agreement for the sale of Eyepictures, Inc. on May 2, 2003, one day after Mr. Justice signed the purchase agreement. Source: PURCHASE AGREEMENT.

2 - Based on average annual revenues of $65,819, derived from total revenues of $71,085 calculated over the period starting with the date of office opening until the date of sale for Eyepictures, Inc. Revenue information supplied by Mr. Mark Fukuhara. Variable expenses are subtracted from revenues at 60.90%, based on an analysis of the detailed 2002 profit and loss statement for OIS.

## Table 3B

### Economic Loss
### Loss Ends One Year After Date of Sale to Zeta Development Labs

|  |  | Annual Economic |  |
| Dates (1) | Period | Loss (2) | Period Loss |
| 4/1/02  -  5/2/04 | 2.09 | $    25,735 | $    53,786 |

**Economic Loss:**                                      $    53,786

---

1 - Mr. Brodsky signed the purchase agreement for the sale of Eyepictures, Inc. on May 2, 2003, one day after Mr. Justice signed the purchase agreement.  Source: PURCHASE AGREEMENT.

2 - Based on average annual revenues of $65,819, derived from total revenues of $71,085 calculated over the period starting with the date of office opening until the date of sale for Eyepictures, Inc.  Revenue information supplied by Mr. Mark Fukuhara.  Variable expenses are subtracted from revenues at 60.90%, based on an analysis of the detailed 2002 profit and loss statement for OIS.

## Table 3C

**Economic Loss**

**Loss Ends Two Years After Date of Sale to Zeta Development Labs**

| Dates (1) | | Period | Annual Economic Loss (2) | | Period Loss | |
|---|---|---|---|---|---|---|
| 4/1/02 | - | 5/2/05 | 3.09 | $ | 25,735 | $ | 79,521 |

**Economic Loss:**                                                    $   79,521

---

1 - Mr. Brodsky signed the purchase agreement for the sale of Eyepictures, Inc. on May 2, 2003, one day after Mr. Justice signed the purchase agreement. Source: PURCHASE AGREEMENT.

2 - Based on average annual revenues of $65,819, derived from total revenues of $71,085 calculated over the period starting with the date of office opening until the date of sale for Eyepictures, Inc. Revenue information supplied by Mr. Mark Fukuhara. Variable expenses are subtracted from revenues at 60.90%, based on an analysis of the detailed 2002 profit and loss statement for OIS.

## Table 3D

### Economic Loss
### Loss Ends Three Years After Date of Sale to Zeta Development Labs

|            |          |        | Annual Economic |          |                 |          |
|            | Dates (1) |        | Period | Loss (2) |                 | Period Loss (3) |
|------------|-----------|--------|--------|----------|-----------------|----------|
| 4/1/02     | -         | 11/8/05 | 3.61   | $        | 25,735          | $        | 92,903 |
| 11/9/05    | -         | 5/2/06  | 0.48   | $        | 25,735          | $        | 12,098 |

**Economic Loss:**                                                    $     **105,002**

---

1 - Mr. Brodsky signed the purchase agreement for the sale of Eyepictures, Inc. on May 2, 2003, one day after Mr. Justice signed the purchase agreement. Source: PURCHASE AGREEMENT.

2 - Based on average annual revenues of $65,819, derived from total revenues of $71,085 calculated over the period starting with the date of office opening until the date of sale for Eyepictures, Inc. Revenue information supplied by Mr. Mark Fukuhara. Variable expenses are subtracted from revenues at 60.90%, based on an analysis of the detailed 2002 profit and loss statement for OIS.

3 - Beginning 11/9/2005, 9.4% Net Discount Rate based on P/E ratio for Ophthalmic Imaging Systems Inc. indicated on Yahoo! Finance as of March 25, 2005 used to calculate Present Cash Value.

## OIS Profit and Loss for 2002

|  | Revenues and Variable Expenses | Percentage of Revenues | 100% Variable | 50% Variable |
|---|---|---|---|---|
| Gross Sales | $7,908,184.66 |  |  |  |
| Service Revenues | $557,522.00 |  |  |  |
| Subtotal, Revenues | $8,465,706.66 |  |  |  |
| Cost of Goods Sold - Sales | $3,224,583.70 |  |  |  |
| Cost of Goods Sold - Service | $97,318.83 |  |  |  |
| Subtotal, Cost of Goods Sold | $3,321,902.53 | 39.24% |  |  |
| **Administrative Expenses** |  |  |  |  |
| Bank Charges | $23,927.84 |  | $23,927.84 |  |
| Collection Fees | $410.00 |  | $410.00 |  |
| Consulting Fees | $50,254.53 |  | $50,254.53 |  |
| Consulting Expenses | $8,233.63 |  | $8,233.63 |  |
| Office Expense | $26,887.66 |  | $26,887.66 |  |
| Bad Debt | $12,679.67 |  | $12,679.67 |  |
| Returns/Allowances | $94,158.90 |  | $94,158.90 |  |
| Telephone | $24,622.72 |  |  | $24,622.72 |
| Subtotal, Administrative Expenses | $241,174.95 | 2.85% |  |  |
| Marketing Expenses | N/A |  |  |  |
| Materials Expenses | N/A |  |  |  |
| Production Expenses | N/A |  |  |  |
| Quality Expenses | N/A |  |  |  |
| R&D Admin | N/A |  |  |  |
| Hardware Engineering | N/A |  |  |  |
| Software Engineering | N/A |  |  |  |
| Regulatory Expenses | N/A |  |  |  |
| **Sales Expenses - Domestic** |  |  |  |  |
| Consulting Fees | $544.55 |  | $544.55 |  |
| Consulting Expenses | $621.90 |  | $621.90 |  |
| Employee Benefits | $47,666.32 |  |  | $47,666.32 |
| Freight - Shipping | $7,838.63 |  | $7,838.63 |  |
| Salaries | $211,904.15 |  |  | $211,904.15 |
| Bonus | $7,000.02 |  |  | $7,000.02 |

## OIS Profit and Loss for 2002

| | Revenues and Variable Expenses | Percentage of Revenues | 100% Variable | 50% Variable |
|---|---|---|---|---|
| Payroll Tax | -$320.57 | | | -$320.57 |
| Vacation Clearing | -$361.58 | | | -$361.58 |
| Sick Time Clearing | -$3,383.19 | | | -$3,383.19 |
| Postage | $172.01 | | $172.01 | |
| Supplies | $6,596.99 | | $6,596.99 | |
| Telephone | $27,022.23 | | | $27,022.23 |
| Travel | $299,571.70 | | $299,571.70 | |
| Miscellaneous | $6,719.10 | | $6,719.10 | |
| Commissions | $375,916.84 | | $375,916.84 | |
| Subtotal, Sales Expenses | $987,509.11 | 11.66% | | |
| Sales Administration Expenses | N/A | | | |
| Field Support Expenses | | | | |
| Consulting Fees | $2,230.19 | | $2,230.19 | |
| Consulting Expenses | $2,132.31 | | $2,132.31 | |
| Consulting Fees- Inst | $18,745.36 | | $18,745.36 | |
| Consultant Expenses | $59,285.40 | | $59,285.40 | |
| Employee Benefits | $19,180.19 | | | $19,180.19 |
| Freight - Shipping | $1,092.68 | | $1,092.68 | |
| Salaries | $113,560.87 | | | $113,560.87 |
| Bonus | $150.76 | | | $150.76 |
| Payroll Tax | -$64.61 | | | -$64.61 |
| Vacation Clearing | $1,561.29 | | | $1,561.29 |
| Sick Time Clearing | -$130.97 | | | -$130.97 |
| Supplies | $1,208.69 | | $1,208.69 | |
| Telephone | $7,882.09 | | | $7,882.09 |
| Travel | $268,461.99 | | $268,461.99 | |
| Miscellaneous | $10,198.56 | | $10,198.56 | |
| Subtotal, Field Support Expenses | $505,494.79 | 5.97% | | |
| Sales Expenses - International | | | | |
| Telephone | $1,127.42 | | | $1,127.42 |
| Miscellaneous | -$134.27 | | -$134.27 | |
| Subtotal, Sales Expenses - Int'l | $993.15 | 0.01% | | |

## OIS Profit and Loss for 2002

| | Revenues and Variable Expenses | Percentage of Revenues | 100% Variable | 50% Variable |
|---|---|---|---|---|
| **Technical Support Expenses** | | | | |
| Commissions | $18,953.71 | | $18,953.71 | |
| Consulting Fees | $1,139.00 | | $1,139.00 | |
| Consultant Expenses | $52.80 | | $52.80 | |
| Employee Benefits | $20,985.06 | | | $20,985.06 |
| Freight - Shipping | $34,681.14 | | $34,681.14 | |
| Salaries | $11,014.37 | | | $11,014.37 |
| Bonus | $452.27 | | | $452.27 |
| Payroll Tax | -$75.68 | | | -$75.68 |
| Vacation Clearing | -$552.94 | | | -$552.94 |
| Sick Time Clearing | -$400.21 | | | -$400.21 |
| Recruitment Ads | $156.82 | | | $156.82 |
| Supplies | $297.67 | | $297.67 | |
| Telephone | $4,354.05 | | | $4,354.05 |
| Travel | $7,563.71 | | $7,563.71 | |
| Subtotal, Tech Support Expenses | $98,621.77 | 1.16% | | |
| Installation Activity | N/A | | | |
| Service Activity | N/A | | | |
| **Total Variable Expenses** | **$5,155,696.29** | **60.90%** | **N/A** | **N/A** |

# PACIFIC ECONOMIC CONSULTANTS, INC.

---

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

## MARK COHEN

## CURRICULUM VITAE

## FINANCIAL, STATISTICAL & REHABILITATION ECONOMIST

PACIFIC ECONOMIC CONSULTANTS, INC., Lafayette, California, 1995 to Present.
   Principal, Chief Economist. Valuation of businesses and economic losses in business,
   personal injury, wrongful death, labor and marital litigation. Preparation of statistical
   analyses, vocational, labor and job market consultation and studies. Development
   and placement of structured settlement alternatives.

BAY AREA PSYCHOTHERAPY TRAINING INSTITUTE, Lafayette, California, 1994
to 2001.
   Member, Board of Directors. Consultation in the business development and
   management of this non-profit training institute.

THE UDINSKY GROUP, Berkeley, California, 1984 to 1995.
   Vice President. Valuation of businesses and economic losses in business, personal
   injury, wrongful death, labor and marital litigation. Preparation of statistical
   analyses, labor and job market consultation and studies. Development and placement
   of structured settlement alternatives.

## TEACHING EXPERIENCE

DOMINICAN UNIVERSITY, San Rafael, California, 1992 to 1998.
   Adjunct Professor of Graduate Level International Finance, Monetary Systems and
   Investments, M.B.A. Program; Undergraduate Level International Finance and
   Investments, Business School Program.

EUROPEAN BUSINESS SCHOOL, Brussels, Belgium, 1991.
   Adjunct Professor of Undergraduate Level Money and Banking, Statistics, and
   Management.

SOUTHERN CALIFORNIA OFFICES

5743 SMITHWAY STREET, SUITE 106 • LOS ANGELES, CALIFORNIA 90040 • TELEPHONE. (323) 722 - 8047 • FACSIMILE: (323) 722 - 2064
4101 ALMOND STREET • RIVERSIDE, CALIFORNIA 92501 • TELEPHONE: (909) 781 - 0960 • FACSIMILE: (909) 781 - 4221

## EDUCATION

UNIVERSITY OF CALIFORNIA AT BERKELEY. Bachelors of Science, Business Administration, 1982. Emphasis in Finance.

BOSTON UNIVERSITY. Masters of Science, Management, 1991. Emphasis in International Finance. Graduated first in class.

ST. MARY'S COLLEGE. Masters of Arts, Counseling, 1998. Emphasis in Vocational Rehabilitation and Career Counseling.

LINDENWOOD COLLEGE: (1) Principles of Business Valuation, (2) Business Valuation Theory and Methodology, (3) Business Valuation: Selected Advanced Topics.

## PUBLICATIONS AND INVITED PRESENTATIONS

"Economic Issues For Vocational Experts To Consider in Vocational Analysis," presented to the California Association of Rehabilitation and Re-Employment Professionals, Oakland, November 2002.

"Estimating Economic Loss To Injured Self Employed Workers," presented to the American Rehabilitation Economics Associations (AREA), Reno, May 1998.

"Methodologies to Improve Economic and Vocational Analysis in Personal Injury Litigation," with Thomas Yankowski, M.S., C.V.E., Litigation Economics Digest, National Association of Forensic Economics, Missouri. Volume II, Issue No. 2, Summer 1997. Also published in Vocational Evaluation and Work Adjustment Journal, The Professional Journal of The Vocational Evaluation and Work Adjustment Association, Volume 31, No. ¾, Fall/Winter 1998.

"Vocational Evaluation and Economic Analysis in Personal Injury and Wrongful Termination Cases," with Thomas Yankowski, M.S., C.V.E., presented to the National Association of Rehabilitation Professional in the Private Sector; San Francisco, April 1995.

"The Economics of Employment Discharge and Your Case," with Jerald H. Udinsky, Ph.D., A.S.A., The Lawyer's Brief, Business Laws, Inc., Ohio. Volume 20, Issue No. 5, March 15, 1990.

"Estimation of Future Medical and Rehabilitation Care Costs: Issues and Questions for The Attention of Rehabilitation Professionals," presented to the Registered Nurses Professionals Association, Santa Clara Valley Medical Center, January 1990.

## LICENSES, CERTIFICATIONS AND ASSOCIATIONS

Certified Earnings Analyst, American Rehabilitation Economics Association.
American Society of Appraisers, Business Valuation.
California State Licensed Life Insurance Agent.
American Economics Association.
California Association of Rehabilitation and Re-Employment Professionals.
Western Economic Association.
National Association of Forensic Economics.

# P A C I F I C   E C O N O M I C   C O N S U L T A N T S,   I N C.

3732 MOUNT DIABLO BOULEVARD, SUITE 372
LAFAYETTE, CALIFORNIA 94549

TELEPHONE: (925) 299-1200
FACSIMILE: (925) 299-1490

## RATE SCHEDULE

## Effective 2/1/05

$250 per hour for review, consultation, analysis and travel

$475 per hour, one-hour minimum, for deposition and trial testimony

# Pacific Economic Consultants, Inc.
## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2001 | Garcia v. Neal | Deposition testimony. |
| 2001 | Dodson v. Timbercove | Deposition testimony. |
| 2001 | Romero v. Kaiser | Arbitration testimony. |
| 2001 | McMarrow v. Kaiser | Trial testimony. |
| 2001 | Norris v. Stein | Trial testimony. |
| 2001 | Munroe v. Matson Navigation Company | Deposition testimony. |
| 2001 | Gardner v. Paramount Parks, Inc. | Deposition testimony. |
| 2001 | Chang v. TSM Insurance | Deposition testimony. |
| 2001 | Lacey v. Northbay Health Care Services | Trial testimony. |
| 2001 | Baritot v. Bowers | Deposition testimony. |
| 2001 | Heffelfinger v. Central Concrete Su | Deposition testimony. |
| 2001 | Misita v. Novotny | Trial testimony. |
| 2001 | Beasley v. EBMUD | Deposition testimony. |
| 2001 | Sancimino v. Dolen | Deposition testimony. |
| 2001 | Johnson, Ronald, Jr. v. Kaiser | Arbitration testimony. |
| 2001 | Reinheimer v. Wagner | Deposition testimony. |
| 2001 | Torres v. Standard Pacific | Deposition testimony. |
| 2001 | Hackett v. Home Depot | Deposition testimony. |
| 2001 | Family Enterprise & Swartz v Bescal | Deposition testimony. |
| 2001 | Shipley v. Misle | Trial testimony. |
| 2001 | Burbank v. Transerve, et al | Deposition testimony. |
| 2001 | Sanders v. Gladen, M.D. | Deposition testimony. |
| 2001 | Forbes v. United Airlines | Deposition testimony. |
| 2001 | Peterson v. Shapell | Deposition testimony. |
| 2001 | Riebe v. Pankow | Deposition testimony. |
| 2001 | Pait v. Memorial Hospital, et al | Deposition testimony. |
| 2001 | Carter v. Walgreens | Deposition testimony. |
| 2001 | Martinez v. Bovis Lend Lease | Deposition testimony. |
| 2001 | Forbes v. United Airlines | Trial testimony. |
| 2001 | Riebe v. Pankow | Trial testimony. |
| 2001 | Donnellan v. DEB Construction | Trial testimony. |
| 2001 | Glen Holly Entertainment v. Tektronix | Deposition testimony. |
| 2001 | Adams v. Calif. Pacific Medical Center | Trial testimony. |
| 2001 | Puryear v. Marls | Deposition testimony. |
| 2001 | Booker v. Bay Area Contract Trans. | Deposition testimony. |
| 2001 | Van Alstine v. Bay Valley Medical | Deposition testimony. |
| 2001 | Rickabaugh v. Encho | Trial testimony. |
| 2001 | Beverlin v. State of California | Deposition testimony. |
| 2001 | Serrano v. Ryan Associates | Deposition testimony. |
| 2001 | McLean v. Ward Machinery | Deposition testimony. |
| 2001 | Booker v. Bay Area Contract Transportatio | Trial testimony. |
| 2001 | Pratt v. Ramirez | Deposition testimony. |
| 2001 | Kamber v. Allied Group Insurance | Deposition testimony. |
| 2001 | Serrano v. Ryan Associates | Trial testimony. |
| 2001 | Lopez v. Shows | Deposition testimony. |
| 2001 | Sepulveda v. ESCO Transportation, et al | Trial testimony. |
| 2001 | Puryear v. Marls | Trial testimony. |

Pacific Economic Consultants, Inc.

MARK COHEN

## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2001 | Aderholt v. Dauphinais, et al | Deposition testimony. |
| 2001 | Hill v. Henley & Co. | Deposition testimony. |
| 2001 | Skelton v. Brazinsky, M.D./#46151 | Trial testimony. |
| 2001 | Giuliano v. Nuddleman | Deposition testimony. |
| 2001 | Williams v. United Airlines | Deposition testimony. |
| 2001 | Bradford v. Mariner's Center LP | Deposition testimony. |
| 2001 | Kamber v. Allied Group Insurance | Trial testimony. |
| 2001 | Titsworth v. Good Samaritan Hospita | Deposition testimony. |
| 2001 | Ayala v. Avalon Bay Communities, In | Deposition testimony. |
| 2001 | Furhman v. Kaiser | Trial testimony. |
| 2001 | Bates v. Keirsey | Deposition testimony. |
| 2001 | Murphy v. McGinnis | Deposition testimony. |
| 2001 | Stromer v. Heilman & Service Craft | Deposition testimony. |
| 2001 | Shriver v. Bry | Deposition testimony. |
| 2001 | Loftis v. Chau | Trial testimony. |
| 2001 | Bates v. Keirsey | Deposition testimony. |
| 2001 | Bates v. Keirsey | Trial testimony. |
| 2001 | El-Mobdy v. Matson Navigation | Deposition testimony. |
| 2001 | Melone v. Puza | Deposition testimony. |
| 2002 | Statucki v. Krane-Pro | Deposition testimony. |
| 2002 | Battram v. JJ Rebar Corp. | Deposition testimony. |
| 2002 | Jaso v. Kaiser | Deposition testimony. |
| 2002 | Beavers v. Rittenhouse | Deposition testimony. |
| 2002 | Lefebvre v. Banker | Deposition testimony. |
| 2002 | Beverlin v. State of California | Trial testimony. |
| 2002 | Peterson v. Case | Deposition testimony. |
| 2002 | Godman v. Placer Union High School | Deposition testimony. |
| 2002 | Landers v. Salas | Deposition testimony. |
| 2002 | Martinez v. Gores | Deposition testimony. |
| 2002 | Giuliano v. Nuddleman | Trial testimony. |
| 2002 | Edgell v. ASM | Trial testimony. |
| 2002 | McElaney v. Raging Waters | Deposition testimony. |
| 2002 | Heath v. AW Construction, et al | Deposition testimony. |
| 2002 | Corey v. Targ, et al | Deposition testimony. |
| 2002 | Greenwell v. Kaplan M.D., et al | Deposition testimony. |
| 2002 | Heath v. AW Construction, et al | Trial testimony. |
| 2002 | Murphy v. McGinnis | Trial testimony. |
| 2002 | Cain v. Kellar, et al | Deposition testimony. |
| 2002 | Bryant v. Willard | Trial testimony. |
| 2002 | Gregory v. United Airlines | Deposition testimony. |
| 2002 | Rustico v. SKS Investments, et al | Deposition testimony. |
| 2002 | Castillo v. Weiss Sheet Metal | Deposition testimony. |
| 2002 | Cheung v. Corporate Interior Soluti | Deposition testimony. |
| 2002 | Lovett v. CCSF | Trial testimony. |
| 2002 | Romo & Ruiz v. Black Diamond Asphal | Deposition testimony. |
| 2002 | Dapru, Inc. v. New Boston Select Gr | Deposition testimony. |
| 2002 | Kisi v. Enterprise Rent-A-Car, et a | Deposition testimony. |
| 2002 | Castillo v. Weiss Sheet Metal | Trial testimony. |

**Page 2 of 7**

Pacific Economic Consultants, Inc.

MARK COHEN

### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2002 | Bertram v. Merritt Behavioral Care, et al | Trial testimony. |
| 2002 | Dapru, Inc. v. New Boston Select Group | Trial testimony. |
| 2002 | Diehl v. Plummer, et al | Deposition testimony. |
| 2002 | Pack v. Kaiser | Deposition testimony. |
| 2002 | Diehl v. Plummer, et al | Trial testimony. |
| 2002 | Samra v. Sorenson's Ranch School | Deposition testimony. |
| 2002 | McCoy v. Bank of America | Deposition testimony. |
| 2002 | Miller v. United Airlines | Deposition testimony. |
| 2002 | Gregory v. United Airlines | Trial testimony. |
| 2002 | Kisl v. Enterprise Rent-A-Car, et al | Trial testimony. |
| 2002 | Greenwell v. Kaplan M.D., et al | Trial testimony. |
| 2002 | McCleskey v. Wingate, et al | Deposition testimony. |
| 2002 | Leyvas v. Washington Township Hospi | Deposition testimony. |
| 2002 | O'Neill v. Steiner's Tavern | Deposition testimony. |
| 2002 | Holm v. Mervyn's, et al | Deposition testimony. |
| 2002 | Ghattas v. Rothenberg | Deposition testimony. |
| 2002 | Corbin v. Fremont Hospital | Trial testimony. |
| 2002 | Rivers v. Scolari | Deposition testimony. (prepaid) |
| 2002 | Steele v. Pacific Bell | Deposition testimony. |
| 2002 | Ward v. Younger | Deposition testimony. |
| 2003 | Horan v. Beverage Distributors, Inc | Deposition testimony. |
| 2003 | Burton v. Fireman's Fund | Deposition testimony. |
| 2003 | Gaines v. Lockheed Martin | Deposition testimony. |
| 2003 | Shimogaki v. Tangpraphaphorn, et al | Deposition testimony. |
| 2003 | Lu v. Kaiser | Deposition testimony. |
| 2003 | Birch v. IFS | Deposition testimony. |
| 2003 | Quan v. CPMC | Deposition testimony. |
| 2003 | Chen v. Sheinberg | Deposition testimony. |
| 2003 | Larsen v. Field, et al | Deposition testimony. |
| 2003 | Avdalas v. Werner Co. | Deposition testimony. |
| 2003 | Brown v. Burke | Deposition testimony. |
| 2003 | Meza v. Short | Deposition testimony. |
| 2003 | Williams v. County of Alameda, et a | Deposition testimony. |
| 2003 | Larsen v. Matson Navigation | Deposition testimony. |
| 2003 | Woodall v. Jones | Deposition testimony. |
| 2003 | Shropshire v. City of Walnut Creek | Deposition testimony. |
| 2003 | Steinmetz v. Lacy | Deposition testimony. |
| 2003 | Gibson Tile | Deposition testimony. |
| 2003 | Stueckle v. Mercy Medical Center | Deposition testimony. |
| 2003 | Current/Low/Ramos v. S. Bay Constru | Deposition testimony. |
| 2003 | Hinajon v. WMAS | Deposition testimony. |
| 2003 | May v. Evershine Group | Trial testimony. |
| 2003 | Walsh v. BFI, et al | Trial testimony. |
| 2003 | Miller v. Stanley-Bostitch | Deposition testimony. |
| 2003 | Leyvas v. Washington Township Hospital | Trial testimony. |
| 2003 | Ursua v. Biagi Bros. Trucking, et a | Deposition testimony. |
| 2003 | Vaziri v. City of St. Helena, et al | Deposition testimony. |
| 2003 | Douglas v. State of California | Deposition testimony. |

# Pacific Economic Consultants, Inc.
## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2003 | Reynolds v. Rodriguez | Deposition testimony. |
| 2003 | Ursua v. Biagi Bros. Trucking, et al | Trial testimony. |
| 2003 | Brione-Archer v. AAA Insurance | Arbitration testimony. |
| 2003 | McIntyre v. Kaiser | Deposition testimony. |
| 2003 | Yaser v. Shell Oil | Trial testimony. |
| 2003 | Shropshire v. City of Walnut Creek | Trial testimony. |
| 2003 | Turner & Dougherty v. USS-Posco Ind | Deposition testimony. |
| 2003 | Krahn v. Santa Rosa Memorial Hospit | Deposition testimony. |
| 2003 | Miller v. Challinor | Deposition testimony. |
| 2003 | Royal Oak v. Howell | Deposition testimony. |
| 2003 | Yarrell v. City of Livermore | Trial testimony. |
| 2003 | Bartlett v. Travelers Insurance Co. | Deposition testimony. |
| 2003 | Scully v. Japanese Senior Citizens, | Deposition testimony. |
| 2003 | Brown v. Burke | Trial testimony. |
| 2003 | Ronan v. Stompro, M.D. | Deposition testimony. |
| 2003 | Brown v. Vallejo Transport | Deposition testimony. |
| 2003 | Larsen v. Matson Navigation | Trial testimony. |
| 2003 | Brown v. Vallejo Transport | Deposition testimony. |
| 2003 | Moreno v. Pham, et al | Deposition testimony. |
| 2003 | Conway v. Pacific, et al | Deposition testimony. |
| 2003 | Bourgeau v. Peterson Builders | Trial testimony. |
| 2003 | Clark v. Doctor's Medical Center | Deposition testimony. |
| 2003 | Apodaca v. Wilshire Paint Co. | Deposition testimony. |
| 2003 | Fernandez v. Ross Island Sand & Gra | Deposition testimony. |
| 2003 | McCoy v. Bank of America | Trial testimony. |
| 2003 | Royal Oak v. Howell | Trial testimony. |
| 2003 | Bressler v. Valley Petroleum, Inc. | Deposition testimony. |
| 2003 | St. Paul v. Howard Industry | Deposition testimony. |
| 2003 | Chastain v. Napa Sanitation | Deposition testimony. |
| 2003 | Siemen v. PG&E | Deposition testimony. |
| 2003 | Paullin v. Kaiser | Deposition testimony. |
| 2003 | Hobbs v. URS Corp., et al | Deposition testimony. |
| 2003 | Goble v. Kaiser | Deposition testimony. |
| 2003 | Fuentes v. TWE Enterprises | Deposition testimony. |
| 2003 | Johnson v. Moore | Deposition testimony. |
| 2003 | Sartain v. Allied Engineering, et a | Deposition testimony. |
| 2003 | MacDonald, Jason v. Eden Medical Ce | Deposition testimony. |
| 2003 | Hung v. Mazda | Deposition testimony. |
| 2003 | Bressler v. Valley Petroleum, Inc. | Trial testimony. |
| 2003 | Paullin v. Kaiser | Arbitration testimony. |
| 2003 | Amendola v. Petersen | Deposition testimony. |
| 2003 | Sac. Radiology v. Comprehensive Med | Deposition testimony. |
| 2003 | Chastain v. Napa Sanitation | Trial testimony. |
| 2003 | Fonseca v. Kaiser | Arbitration testimony. |
| 2003 | Linam v. Chavez | Deposition testimony. |
| 2003 | Torgerson v. MJC Trucking, et al | Deposition testimony. |
| 2003 | Ray v. Goodman | Deposition testimony. |
| 2003 | Giglio v. Seacore Marine, Inc. | Deposition testimony. |

# Pacific Economic Consultants, Inc.

# MARK COHEN

## LIST OF TESTIMONIES

| Date | Name | Memo |
| --- | --- | --- |
| 2003 | Halloran v. Pilkington North America | Trial testimony. |
| 2003 | Costa v. Wong, et al | Trial testimony. |
| 2003 | Vang v. Ellis, et al | Deposition testimony. |
| 2003 | Vargas v. Ashras | Trial testimony. |
| 2003 | DeLaRosa v. Kaiser | Deposition testimony. |
| 2003 | Hobbs v. URS Corp., et al | Trial testimony. |
| 2003 | Hillman v. James Roberts-Obayashi, | Deposition testimony. |
| 2003 | Prince v. Kaiser | Deposition testimony. |
| 2004 | DeLaRosa v. Kaiser | Arbitration testimony. |
| 2004 | Ketzenberg v. Farmers Insurance | Arbitration testimony. |
| 2004 | Green v. Office Max | Deposition testimony. |
| 2004 | Medina v. Methodist Hospital | Deposition testimony. |
| 2004 | Prince v. Kaiser | Arbitration testimony. |
| 2004 | Jessup v. Lukas | Trial testimony. |
| 2004 | Vallejo Comm. Svc. Ctr. v City of V | Deposition testimony. |
| 2004 | Munhollon v. Wolfer | Deposition testimony. |
| 2004 | Wilson v. Sanitary Fill Co. | Deposition testimony. |
| 2004 | Ballentine v. Villa, Darquea | Deposition testimony. |
| 2004 | Pisinski v. Katznelson, M.D. | Deposition testimony. |
| 2004 | Lovell v. Konklin | Trial testimony. |
| 2004 | Vang v. Ellis, et al | Arbitration testimony. |
| 2004 | Stahl v. Deeble | Deposition testimony. |
| 2004 | Halloran v. Pilkington North America | Trial testimony. |
| 2004 | Evans v. Zwerling, M.D. | Deposition testimony. |
| 2004 | Bozmarov v. Kaiser | Deposition testimony. |
| 2004 | Glass v. California Autism Foundati | Deposition testimony. |
| 2004 | Mohamed v. ASM | Deposition testimony. |
| 2004 | Halloran v. Pilkington North Americ | Deposition testimony. |
| 2004 | Bozmarov v. Kaiser | Arbitration testimony. |
| 2004 | Lorenzo v. Turlock Irrigation Distr | Deposition testimony. |
| 2004 | Jimenez v. Engineered Construction | Deposition testimony. |
| 2004 | Wuestewald v. Foss Maritime, et al | Deposition testimony. |
| 2004 | Mullin-Rice v. U.S. | Deposition testimony. |
| 2004 | Mwaniki v. E-Bay | Trial testimony. |
| 2004 | Mendez v. Lee, et al | Deposition testimony. |
| 2004 | Mwaniki v. E-Bay | Deposition testimony. |
| 2004 | Veenstra v. G.E. Financial Holdings, Inc. | Trial testimony. |
| 2004 | Tuell v. Dainer | Deposition testimony. |
| 2004 | Marx v. Storage Technology Corp. | Deposition testimony. |
| 2004 | Roberts, Lonnie v. Kaiser | Arbitration testimony. |
| 2004 | Carlas & Moriarty v. Pugliese Inter | Deposition testimony. |
| 2004 | Hayes, Juanita v. Kaiser | Deposition testimony. |
| 2004 | Marini Skin Research v. Allure Cosm | Deposition testimony. |
| 2004 | Osborne v. Wanetick | Deposition testimony. |
| 2004 | Bishop v. Kaiser | Arbitration testimony. |
| 2004 | Marini Skin Research v. Allure Cosmetic | Trial testimony. |
| 2004 | Warnock v. Lakireddy | Trial testimony. |
| 2004 | Patchett v. Adcon Builders, et al | Deposition testimony. |

# Pacific Economic Consultants, Inc.
## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2004 | Pierce v. Mallick | Deposition testimony. |
| 2004 | Marks v. Stoll, Nussbaum & Polakov | Deposition testimony. |
| 2004 | Salamanca v. CF&T Available Concrete | Deposition testimony. |
| 2004 | Slone v. Kaiser | Arbitration testimony. |
| 2004 | Stanley v. Bodner, M.D. | Trial testimony. |
| 2004 | Peake v. Chevron | Trial testimony. |
| 2004 | Gochman v. Childress | Deposition testimony. |
| 2004 | Lowry v. Kaiser | Deposition testimony. |
| 2004 | Douglas v. State of California | Deposition testimony. |
| 2004 | Bily v. Alameda County Medical Ctr. | Deposition testimony. |
| 2004 | Latham v. Nelson, et al | Deposition testimony. |
| 2004 | Uong v. Tomlinson | Trial testimony. |
| 2004 | Wuestewald v. Foss Maritime, et al | Trial testimony. |
| 2004 | Marx v. Storage Technology Corp. | Trial testimony. |
| 2004 | Salamanca v. CF&T Available Concrete | Trial testimony. |
| 2004 | San Martin v. Antioch Schools Feder | Deposition testimony. |
| 2004 | Novell v. Unicom | Deposition testimony. |
| 2004 | Gin v. Kaiser | Deposition testimony. |
| 2004 | Cruz v. City of Tracy, et al | Deposition testimony. |
| 2004 | Osborne v. Wanetick | Trial testimony. |
| 2004 | Vidovcich, Estate of | Deposition testimony. |
| 2004 | Pena v. CF&T & Available Concrete P | Deposition testimony. |
| 2004 | Sahbari v. Silicon Valley Chemlabs, | Deposition testimony. |
| 2004 | Azari v. Kaiser | Deposition testimony. |
| 2004 | Traveler's Ins. v. AAA Fire Protect | Deposition testimony. |
| 2004 | Johnson v. Moore | Arbitration testimony. |
| 2004 | Green, Jenna v. Kaiser | Deposition testimony. |
| 2004 | Perry, Jason v. Brock | Deposition testimony. |
| 2004 | Fowkes v. Foster | Deposition testimony. |
| 2004 | Man v. Northstar-at-Tahoe | Deposition testimony. |
| 2004 | Horihan v. Ramirez, et al | Deposition testimony. |
| 2004 | Cruce v. Massola Brothers | Deposition testimony. |
| 2004 | Long v. Allergan | Arbitration testimony. |
| 2004 | Sahbari v. Silicon Valley Chemlabs, Inc. | Trial testimony. |
| 2004 | Adamson v. Salinas Valley Memorial | Deposition testimony. |
| 2004 | Ray v. Goodman | Trial testimony. |
| 2004 | Ainlay v. Vreeland | Deposition testimony. |
| 2004 | Reed v. Marvin Windows, et al | Deposition testimony. |
| 2004 | Alpert v. Hunt | Deposition testimony. |
| 2004 | Fowkes v. Foster | Trial testimony. |
| 2004 | Pena v. CF&T & Available Concrete Pumping | Trial testimony. |
| 2004 | Azari v. Kaiser | Arbitration testimony. |
| 2004 | Wheat v. Butte Co. | Deposition testimony. |
| 2004 | Benediktsson v. Nichitean | Deposition testimony. |
| 2004 | Del Monte v. Shepard Brothers | Deposition testimony. |
| 2004 | Ness v. Alexander & Baldwin, Inc. | Trial testimony. |
| 2004 | Glen Holly Entertainment v. Tektron | Deposition testimony. |
| 2004 | Cruce v. Massola Brothers | Trial testimony. |

# Pacific Economic Consultants, Inc.
## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2004 | Hatch v. Bionx | Trial testimony. |
| 2004 | Hernandez v. Degroot & Sons | Deposition testimony. |
| 2005 | Khazin v. CCSF | Deposition testimony. |
| 2005 | Ohlinger v. Kaiser | Deposition testimony. |
| 2005 | Del Monte v. Shepard Brothers | Trial testimony. |
| 2005 | Ainlay v. Vreeland | Trial testimony. |