1 | **BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.**
2 | Chris Gibson, Esq., SBN 073353
555 Capitol Mall, Suite 1500
3 | Sacramento, CA 95814-4603
(916) 321-4444
4 | (916) 4410-7597

5 | Attorneys for defendant
Zeta Development Labs, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHTHALMIC IMAGING SYSTEMS, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>MARK FUKUHARA, ET AL.,<br><br>Defendants. | Case No.: CIV S-04-0482 LKK DAD<br><br>SUBSTITUTION OF ATTORNEYS AND ORDER<br><br>Date Action Filed: March 9, 2004<br>Trial Date: April 18, 2006 |

Defendant Zeta Development Labs, Inc. substitutes Chris Gibson of the firm of Boutin Dentino Gibson Di Giusto Hodell Inc, 555 Capitol Mall, Suite 1500, Sacramento, California 95814, as its attorney of record in this action in place of Daniel P. Maguire and Wilke, Fleury, Hoffelt, Gould & Birney, LLP.

ZETA DEVELOPMENT LABS, INC.

Dated: May 23, 2005          By     /s/ Johnny Justice, Jr.
                                    Johnny Justice, Jr., President

BOUTIN DENTINO GIBSON DI GIUSTO HODELL, INC.

Dated: May 31, 2005          By     /s/ Chris Gibson
                                    Chris Gibson

WILKE, FLEURY HOFFELT, GOULD & BIRNEY, LLP

Dated: May 31, 2005          By     /s/ Anthony J. DeCristoforo
                                    Anthony J. DeCristoforo

1
2
3                                   LAW OFFICES OF DANIEL P. MAGUIRE

4  Dated:  May 31, 2005          By      /s/ Daniel P. Maguire
                                         Daniel P. Maguire
5
6         IT IS SO ORDERED.

7  Dated: June 13, 2005.
                                         /s/Lawrence K. Karlton
8                                        LAWRENCE K. KARLTON
                                         SENIOR JUDGE
9                                        UNITED STATES DISTRICT COURT

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28