UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OPTHALMIC IMAGING SYSTEMS,
a California corporation,

                                          NO. CIV. S-04-482 LKK/DAD

      Plaintiff,

  v.                                        O R D E R

MARK FUKUHARA, an individual;
DOUGLAS BURLAND, an individual;
MICHAEL GERKOVICH, an individual;
STEVEN LEACH, an individual;
EDMUND PETERSON, an individual;
DAN SALOMON, an individual; JOE
SILVA, an individual; DALE BRODSKY,
an individual; EYEPICTURES, INC., a
Missouri corporation; JUSTICE
OPTHALMICS, INC., a Tennessee
corporation; ZETA DEVELOPMENT LABS,
INC., a Tennessee corporation; and
JOHNNY JUSTICE, JR., an individual,

      Defendants.

      /

    The court is in receipt of plaintiff's notices of dismissal of defendants Edmund Peterson and Michael Gerkovich.  Plaintiff, however, has failed to comply with Fed. R. Civ. P. 41(a).

1

1  Accordingly, the court will disregard the aforementioned
2  notices.
3       IT IS SO ORDERED.
4       DATED: July 22, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT