**SACINO BERTOLINO**
**HALLISSY & RALEY**
A Professional Corporation
740 University Ave., Ste. 100
Sacramento, CA 95825-6751
Telephone (916) 649-2214

RICHARD P. BERTOLINO, State Bar Number 091593
Attorney for Defendants MARK FUKUHARA, DOUGLAS BURLAND, JOE SILVA, STEVEN LEACH, DAN SALOMON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHTHALMIC IMAGING SYSTEMS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK FUKUHARA, an individual, DOUGLAS BURLAND, an individual, MICHAEL GERKOVICH, an individual, STEVEN LEACH, an individual, EDMUND PETERSON, an individual, DAN SALOMON, an individual, DALE BRODSKY, an individual, EYEPICTURES, INC. a Missouri Corporation, JUSTICE OPHTHALMICS, INC., a Tennessee Corporation, ZETA DEVELOPMENT LABS, INC., a Tennessee Corporation, JOHNNY JUSTICE, JR., an individual, DOES ONE through TEN,<br><br>Defendants. | **CASE NO. CV. S-04-0482 LKK DAD**<br><br>**NOTICE AND SUBSTITUTION OF ATTORNEY AND ORDER** |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant DAN SALOMAN substitutes Richard P. Bertolino of Sacino, Bertolino, Hallissy & Raley as his attorney of record in this action in place of Daniel Maguire of Maguire Law Office, 423 E St., Davis, CA 95616 and Anthony DeCristoforo of Wilke, Fleury, et.al., 400 Capitol Mall, 22nd Fl., Sacramento, CA 95814.

| | | | |
|---|---|---|---|
| Dated: | | By: | /s/ Dan Salomon <br> DAN SALOMON |

I consent to this substitution.

| | | | |
|---|---|---|---|
| Dated: | | By: | /s/ Daniel Maguire <br> DANIEL MAGUIRE |

I consent to this substitution.

| | | | |
|---|---|---|---|
| Dated: | | By: | /s/ Anthony DeCristoforo <br> ANTHONY DECRISTOFORO |

I accept this substitution.

| | | | |
|---|---|---|---|
| Dated: | | By: | /s/ Richard P. Bertolino <br> RICHARD P. BERTOLINO |

IT IS SO ORDERED.

Dated: August 22, 2005            /s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT