1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   ANTHONY J. DECRISTOFORO (SBN 166171)
2  400 Capitol Mall, Twenty-Second Floor
   Sacramento, CA  95814
3  Telephone:    (916) 441-2430
   Facsimile:     (916) 442-6664
4
   DANIEL P. MAGUIRE (SBN 191666)
5  423  E Street
   Davis, CA  95626
6  Telephone:    (530) 750-3661
   Facsimile:     (530) 750-3793
7
   Attorneys for Defendants
8  MARK FUKUHARA, DOUGLAS BURLAND, STEVEN
   LEACH, DAN SALOMON and JOE SILVA
9

10                     UNITED STATES DISTRICT COURT
11
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| OPHTHALMIC IMAGING SYSTEMS, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARK FUKUHARA, an individual, DOUGLAS BURLAND, an individual, MICHAEL GERKOVICH, an individual, STEVEN LEACH, an individual, EDMUND PETERSON, an individual, DAN SALOMON, an individual, JOE SILVA, an individual, DALE BRODSKY, an individual, EYEPICTURES, INC., a Missouri Corporation, JUSTICE OPHTHALMICS, INC., a Tennessee Corporation, ZETA DEVELOPMENT LABS, INC., a Tennessee Corporation, JOHNNY JUSTICE, JR., an individual, DOES ONE through TEN,<br><br>　　　　　Defendants. | No.   CIV.S-04-0482 LKK DAD<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW** |

        Attorneys Daniel P. Maguire ("Maguire") and Wilke, Fleury, Hoffelt, Gould & Birney, LLP ("Wilke Fleury") have submitted an Application for an order shortening time for the hearing

IMANAGE:162577.1                                    -1-

1  on their motion to withdraw as counsel for Defendants Joe Silva and Douglas Burland. The Court
2  having reviewed the papers submitted and good cause appearing therefor, the Application for
3  order shortening time is GRANTED.
4      IT IS ORDERED THAT:
5      A hearing on Maguire's and Wilke Fleury's motion to withdraw shall take place on
6  August 29, 2005, at 10:00 a.m. in Courtroom 4.
7      Maguire and Wilke Fleury shall cause the moving papers to be personally served on Mr.
8  Silva and Mr. Burland and shall file the Proof of Service once service has been completed.
9      Any opposition to the motion shall be filed by August 25, 2005.
10     IT IS SO ORDERED.

12 DATED: August 22, 2005      /s/ Lawrence K. Karlton
13     HONORABLE LAWRENCE K. KARLTON
    SENIOR, UNITED STATES DISTRICT JUDGE

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

162577.1      -2-

**[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW** (No. CIV.S-04-0482 LKK DAD)