UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHTHALMIC IMAGING SYSTEMS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK FUKUHARA, an individual, DOUGLAS BURLAND, an individual, MICHAEL GERKOVICH, an individual, STEVEN LEACH, an individual, EDMUND PETERSON, an individual, DAN SALOMON, an individual, JOE SILVA, an individual, DALE BRODSKY, an individual, EYEPICTURES, INC., a Missouri Corporation, JUSTICE OPHTHALMICS, INC., a Tennessee Corporation, ZETA DEVELOPMENT LABS, INC., a Tennessee Corporation, JOHNNY JUSTICE, JR., an individual, DOES ONE through TEN,<br><br>Defendants. | No. CIV.S-04-0482 LKK DAD<br><br>**ORDER RE<br>MOTION TO WITHDRAW** |

On August 29, 2005, this matter came before the Court on the motion of counsel Daniel P. Maguire ("Maguire") and Wilke, Fleury, Hoffelt, Gould & Birney, LLP ("Wilke Fleury") to withdraw as counsel for Defendants Joe Silva ("Silva") and Douglas Burland ("Burland"). Anthony J. DeCristoforo appeared on behalf of Maguire and Wilke Fleury. No other appearances

163612.1                               -1-

WILKE, FLEURY, HOFFELT,<br>GOULD & BIRNEY, LLP<br>ATTORNEYS AT LAW<br>SACRAMENTO

were made.

Based on the papers and pleadings filed herein, and after oral argument, the Court hereby orders as follows:

1. The motion of Maguire and Wilke Fleury to withdraw as counsel for Silva and Burland is GRANTED.

2. If they have not already done so, Maguire and Wilke Fleury shall transmit their files to Silva and Burland (or, if applicable, new counsel for Silva and Burland) within fourteen (14) days of the date of this Order.

3. A status conference is set for October 24, 2005 at 1:30 p.m. in Courtroom 4. Silva and Burland are ordered to appear at the status conference, unless they have retained new counsel by that date, in which case their new counsel shall appear.

4. The Court hereby modifies its Order of April 6, 2004, in which Wilke Fleury was ordered to preserve backup tapes that were made by Plaintiff of Defendants' computer hard drives and other electronic storage media. Wilke Fleury is relieved of its obligation to maintain the backup tapes and is ordered to transfer the tapes to counsel for Defendant Zeta Development Labs, Inc.

IT IS SO ORDERED.

DATED: September 1, 2005      /s/Lawrence K. Karlton
                              Lawrence K. Karlton
                              Senior Judge