1  **SACINO  BERTOLINO**
   **HALLISSY &  RALEY**
2  A Professional Corporation
   740 University Ave., Ste. 100
3  Sacramento, CA 95825-6751
   Telephone (916) 649-2214
4

5

6  RICHARD P. BERTOLINO, State Bar Number 091593
   Attorney for Defendants MARK FUKUHARA, DOUGLAS BURLAND, JOE SILVA, STEVEN
7  LEACH, DAN SALOMON

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10  _____

11  OPHTHALMIC IMAGING SYSTEMS, a          )   **CASE NO. CV. S-04-0482 LKK DAD**
    California Corporation,                 )
12                                          )   **NOTICE AND SUBSTITUTION OF**
                                            )   **ATTORNEY AND ORDER**
13              Plaintiff,                  )
                                            )
14  v.                                      )
                                            )
15  MARK FUKUHARA, an individual,           )
    DOUGLAS BURLAND, an individual,         )
16  MICHAEL GERKOVICH, an individual,       )
    STEVEN LEACH, an individual,            )
17  EDMUND PETERSON, an individual,         )
    DAN SALOMON, an individual, DALE        )
18  BRODSKY, an individual,                 )
    EYEPICTURES, INC. a Missouri            )
19  Corporation, JUSTICE OPHTHALMICS,       )
    INC., a Tennessee Corporation, ZETA     )
20  DEVELOPMENT LABS, INC., a               )
    Tennessee Corporation, JOHNNY           )
21  JUSTICE, JR., an individual, DOES ONE   )
    through TEN,                            )
22                                          )
                Defendants.                 )
23  _____ )

24  TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25          PLEASE TAKE NOTICE that defendant DAN SALOMAN substitutes Richard P.

26  Bertolino of Sacino, Bertolino, Hallissy & Raley as his attorney of record in this action in

27  place of Daniel Maguire of Maguire Law Office, 423 E St., Davis, CA 95616 and Anthony

28  DeCristoforo of Wilke, Fleury, et.al., 400 Capitol Mall, 22nd Fl., Sacramento, CA 95814.

1

2   Dated:                                    By:    /s/ Dan Salomon
                                                    DAN SALOMON
3

4           I consent to this substitution.

5   Dated:                                    By:    /s/ Daniel Maguire
                                                    DANIEL MAGUIRE
6

7           I consent to this substitution.

8   Dated:                                    By:    /s/ Anthony DeCristoforo
                                                    ANTHONY DECRISTOFORO
9

10          I accept this substitution.

11  Dated:                                    By:    /s/ Richard P. Bertolino
                                                    RICHARD P. BERTOLINO
12

13

14          IT IS SO ORDERED.

15  Dated:  September 12, 2005.                      /s/Lawrence K. Karlton
                                                    LAWRENCE K. KARLTON
16                                                  SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT
17

18

19

20

21

22

23

24

25

26

27

28