1   STEPHEN L. DAVIS (State Bar No. 149817)
    MARK R. LEONARD (State Bar No. 219186)
2   DAVIS & LEONARD, LLP
    8880 Cal Center Drive, Suite 180
3   Sacramento, California 95826
    Telephone: (916) 362-9000
4   Fax: (916) 362-9066
    E-mail: sdavis@davisandleonard.com
5

6   Attorneys for Plaintiff
    Ophthalmic Imaging Systems
7

8                          /

9                  **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

12  OPHTHALMIC IMAGING SYSTEMS, a          CASE NO. CV. S-04-0482 LKK DAD
    California corporation,
13                                          **EX PARTE APPLICATION BY
           Plaintiff,                        PLAINTIFF OPHTHALMIC IMAGING
14                                           SYSTEMS TO FILE DOCUMENTS
       v.                                    UNDER SEAL; PROPOSED ORDER**
15
    MARK FUKUHARA, an individual,
16  DOUGLAS BURLAND, an individual,         Hearing:
    MICHAEL GERKOVICH, an individual,       Date: October 11, 2005
17  STEVEN LEACH, an individual, EDMUND     Time: 10:00 a.m.
    PETERSON, an individual, DAN SALOMON,   Courtroom: 4
18  an individual, JOE SILVA, an individual, Judge: Hon. Lawrence K. Karlton
    DALE BRODSKY, an individual,
19  EYEPICTURES, INC., a Missouri Corporation,
    JUSTICE OPHTHALMICS, INC., a Tennessee
20  Corporation, ZETA DEVELOPMENT LABS,
    INC., a Tennessee Corporation, JOHNNY
21  JUSTICE, JR., an individual, DOES ONE
    through TEN,
22

23         Defendants.

24

25

26          Plaintiff Ophtalmic Imaging Systems files this ex parte application to permit the

27  electronic filing of certain documents under seal in accordance with the Eastern District

28  Electronic Filing Manual and local rules.

                                    -1-

1    The documents in question are four exhibits to a declaration by plaintiff's counsel,

2    Stephen L. Davis, which attaches a few pages of deposition testimony and several

3    documents that have been designated as "highly confidential – attorney's eyes only" by the

4    parties pursuant to the terms of a protective order entered by the court on May 6, 2004 and

5    subsequently modified.   Section 13 ("Court Procedures") of that protective order permits

6    the parties to file documents designated as confidential under seal.

7        Exhibit A of the declaration of Stephen L. Davis contains portions of the deposition

8    testimony of defendant Dale Brodsky which Brodsky's attorney designated as highly

9    confidential at the time of the deposition.

10       Exhibits B and C were marked as exhibits at the deposition of Dale Brodsky and

11   were either designated by Brodsky's attorney at the deposition or previously produced in

12   this case as being highly confidential – attorneys' eyes only.

13       Exhibit D contains several documents that were produced by the defendants' agents

14   and are believed by plaintiff OIS to contain technological information about OIS's

15   ophthalmic imaging systems that qualify as trade secrets protectable under California law.

16       OIS therefore seeks an order from this court permitting the exhibits to this

17   declaration to be filed under seal.

18       OIS's counsel is filing another declaration with exhibits that are not confidential

19   and are not affected by this application.

20       I declare under penalty of perjury that the foregoing is true and correct and that this

21   declaration was executed on September 27, 2005 in Sacramento, California.

22

23                                    /Stephen L. Davis/

24                                    Stephen L. Davis

25

26                       ORDER ON APPLICATION

27       The court having read plaintiff OIS's application for an order permitting documents

28   to be filed under seal, and good cause appearing therefore, the application is GRANTED.

-2-

1    OIS may file the four documents described above with the declaration of Stephen L. Davis

2    under seal as provided in the Electronic Filing Manual and applicable local rules.

3

4

5              Oct 6, 2005

6    Dated: September 30 2005        _____

7                                   Honorable United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1  Case Name: *Ophthalmic Imaging Systems, Inc. v. Fukuhara, et al.*

2  Case No:   CIV S. 04-0428 LKK DAD

3  **PROOF OF SERVICE**

I declare as follows:

4

5  I am employed in the County of Sacramento, California. I am over the age of 18 years, and not a party to the within action. My business address is: 1517 35th Street, Sacramento, CA 95816.

6

On September 27, 2005, I served a copy, with all exhibits, if any, of the following document(s):

7  **EX PARTE APPLICATION BY PLAINTIFF OPHTHALMIC IMAGING SYSTEMS TO FILE**
8  **DOCUMENTS UNDER SEAL; PROPOSED ORDER**

9  on the interested parties named below, in Case No. CIV S. 04-0428 LKK DAD, by following ordinary business practice
10

11  ☐ By placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service. I am readily familiar with my firm's business practice for
12  collection and processing of correspondence for mailing with the United States Postal Service, where it would be deposited for first class delivery, postage fully prepaid, that same day in the
13  ordinary course of business addressed as set forth below:

14  X  By personal delivery of a true copy to the person and at the address set forth below:

15  ☐ By Federal Express overnight mail to the person and at the address set forth below:
16

17  ☐ By transmitting a true copy by facsimile to the person and at the facsimile number set forth below:

18  **Fax: 916-925-4591**                    **Fax: 916-649-9241**
19  **R. Lawrence Bragg**                    **Richard Bertolino**
   **Law Offices of Donald J. Deshaw**      **Sacino Bertolino Hallissy & Raley**
20  **2730 Gateway Oaks Drive, Suite 210**   **740 University Avenue, Suite 100**
   **Sacramento, CA 95833**                 **Sacramento, CA 95825**
21

22  **Fax: 916-441-7597**
   **Chris Gibson**
23  **Boutin Dention Gibson Di Guisto Hodell, Inc.**
   **555 Capitol Mall, Suite 1500**
24  **Sacramento, CA 95814**

25  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 27, 2005, at Sacramento,
26  California.

27                                         Rick Sander

28