UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OPTHALMIC IMAGING SYSTEMS,
a California corporation,

                               NO. CIV. S-04-482 LKK/DAD

    Plaintiff,

  v.

MARK FUKUHARA, an individual;
DOUGLAS BURLAND, an individual;
MICHAEL GERKOVICH, an individual;
STEVEN LEACH, an individual;
EDMUND PETERSON, an individual;
DAN SALOMON, an individual; JOE
SILVA, an individual; DALE BRODSKY,
an individual; EYEPICTURES, INC., a
Missouri corporation; JUSTICE
OPTHALMICS, INC., a Tennessee
corporation; ZETA DEVELOPMENT LABS,
INC., a Tennessee corporation; and
JOHNNY JUSTICE, JR., an individual,

    Defendants.
_____/

**STATUS (PRETRIAL SCHEDULING) ORDER**

    Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on October 24, 2005. STEPHEN DAVIS

1

1  appeared as counsel for plaintiff; LAWRENCE BRAGG appeared as
2  counsel for defendants Brodsky and Eyepictures; MARA LEE MacDONALD
3  appeared as counsel for defendant Zeta Development; RICHARD
4  BERTOLINO belatedly appeared as counsel for defendant Burland;
5  Defendant Silva, now <u>in propria persona</u>, failed to appear.
6  At the hearing the parties represented that they have no objections
7  to the previously-set dates and those dates shall remain in effect.

**MISCELLANEOUS PROVISIONS**

9   Richard Bertolino, counsel for defendant Burland, failed to
10  timely appear at the Status Conference.  Accordingly, counsel for
11  defendant Burland is SANCTIONED in the amount of one hundred and
12  fifty ($150.00) dollars.  This sum shall be paid to the Clerk of
13  the Court no later than thirty (30) days from the effective date
14  of this order.  Counsel shall file an affidavit accompanying the
15  payment of this sanction which states that it is paid personally
16  by counsel, out of personal funds, and is not and will not be
17  billed, directly or indirectly, to the client or in any way made
18  the responsibility of the client as attorneys' fees or costs.

19   Defendant Silva failed to appear at the hearing. Accordingly,
20  defendant Silva is now ORDERED to SHOW CAUSE in writing within ten
21  (10) days why sanctions should not be imposed for his failure to
22  appear.

23   IT IS SO ORDERED.

24   DATED: October 25, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT