UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OPTHALMIC IMAGING SYSTEMS,
a California corporation,

    NO. CIV. S-04-482 LKK/DAD

   Plaintiff,

  v.            O R D E R

MARK FUKUHARA, an individual;
DOUGLAS BURLAND, an individual;
MICHAEL GERKOVICH, an individual;
STEVEN LEACH, an individual;
EDMUND PETERSON, an individual;
DAN SALOMON, an individual; JOE
SILVA, an individual; DALE BRODSKY,
an individual; EYEPICTURES, INC., a
Missouri corporation; JUSTICE
OPTHALMICS, INC., a Tennessee
corporation; ZETA DEVELOPMENT LABS,
INC., a Tennessee corporation; and
JOHNNY JUSTICE, JR., an individual,

   Defendants.
                 /

  On October 25, 2005, the court ordered defendant Joe Silva to show cause why sanctions should not be imposed for his failure to appear at a Status Conference held in chambers on

1

1  October 24, 2005.  The court is in receipt of defendant Silva's
2  response.  Good cause being shown, the order to show cause is
3  discharged.
4      IT IS SO ORDERED.
5      DATED:  November 16, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT