UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OPTHALMIC IMAGING SYSTEMS,
a California corporation,

        NO. CIV. S-04-482 LKK/DAD

    Plaintiff,

  v.                              O R D E R

MARK FUKUHARA, an individual;
DOUGLAS BURLAND, an individual;
MICHAEL GERKOVICH, an individual;
STEVEN LEACH, an individual;
EDMUND PETERSON, an individual;
DAN SALOMON, an individual; JOE
SILVA, an individual; DALE BRODSKY,
an individual; EYEPICTURES, INC., a
Missouri corporation; JUSTICE
OPTHALMICS, INC., a Tennessee
corporation; ZETA DEVELOPMENT LABS,
INC., a Tennessee corporation; and
JOHNNY JUSTICE, JR., an individual,

    Defendants.
                                    /

    Pending before the court is plaintiff's motion to amend the first amended complaint.  The matter is currently scheduled to be heard on February 13, 2006 on the court's Law and Motion

1

calendar. However, pursuant to a court order filed on April 26, 2005, the Pretrial Conference is currently scheduled for February 6, 2006.

Further, plaintiff has moved to amend under Fed. R. Civ. P. 15(a). Rule 15 does not provide the standard by which to consider a motion to amend at this time. Because a scheduling order has been issued in this case, plaintiff's motion to amend is governed by Federal Rule of Civil Procedure 16(b), not Rule 15. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

Consequently, the court hereby ORDERS as follows:

1. Plaintiff is ordered to re-file the motion to amend under Rule 16(b) no later than January 13, 2006 at 8:00 a.m.;

2. Defendant is ordered to file an opposition brief or a statement of non-opposition by January 20, 2006 at 8:00 a.m.;

3. No reply brief will be entertained;

4. After the filing of the opposition or statement of non-opposition, the matter will stand submitted unless the court determines that oral argument is appropriate; and

5. The Law and Motion hearing date scheduled for February 13, 2006 in the above-captioned case is VACATED.

IT IS SO ORDERED.

DATED: January 10, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT