R. LAWRENCE BRAGG   (SBN: 119194)
LAW OFFICES, DONALD J. DESHAW
MANAGING ATTORNEY
2730 Gateway Oaks Drive, Suite 210
Sacramento CA  95833
Tel: (916)923-9505
Fax: (916)925-4591

Attorney for Defendants
DALE BRODSKY and EYEPICTURES, INC.

IN THE   UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTHALMIC IMAGING SYSTEMS, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK FUKUHARA, et al.<br><br>Defendants. | Case No.: CIV S-04-482 LKK/DAD<br><br>NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT<br><br>DATE:    2/23/06<br>TIME:    10:00 A.M. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED that, pursuant to Local Rule 16-270, defendants, Dale Brodsky and Eyepictures, Inc. have submitted a Confidential Settlement Conference Statement in connection with the above proceeding.

///

///

///

-1-
NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

1  Dated:   February 16, 2006

2                                          LAW OFFICES,
                                           DONALD J. DESHAW,
3                                          MANAGING ATTORNEY

4
                                           By  /s/ R. Lawrence Bragg
5                                          R. LAWRENCE BRAGG
                                           Attorney for Defendant
6                                          DALE BRODSKY and
                                           EYEPICTURES, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26