1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  OPTHALMIC IMAGING SYSTEMS,
    a California corporation,
12                                        NO. CIV. S-04-482 LKK/DAD

13          Plaintiff,

14     v.                                      O R D E R

15  MARK FUKUHARA, an individual;
    DOUGLAS BURLAND, an individual;
16  MICHAEL GERKOVICH, an individual;
    STEVEN LEACH, an individual;
17  EDMUND PETERSON, an individual;
    DAN SALOMON, an individual; JOE
18  SILVA, an individual; DALE BRODSKY,
    an individual; EYEPICTURES, INC., a
19  Missouri corporation; JUSTICE
    OPTHALMICS, INC., a Tennessee
20  corporation; ZETA DEVELOPMENT LABS,
    INC., a Tennessee corporation; and
21  JOHNNY JUSTICE, JR., an individual,

22          Defendants.
    _____/
23

24              **ORDER RE SETTLEMENT AND DISPOSITION**

25       In light of the settlement entered onto the record before the

26  Honorable Dale A. Drozd, the court now orders that the

                                  1

dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED**.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

DATED:  March 28, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT